

ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   **15–13233 – RAG**    Chapter:   **13**

**Mark A. Gooding**
Debtors(s)

## ORDER DIRECTING DEBTOR(S)' COUNSEL
## TO REFUND ALL FEES

Herbert Thomas Nelson filed an appearance as counsel for the Debtor(s) on July 15, 2015. However, counsel has not filed the required Federal Bankruptcy Rule 2016(b) disclosure statement of compensation. By Order entered on July 17, ,2015, counsel was directed to comply with Local Bankruptcy Rule 2016–1(b) by filing a disclosure statement within fourteen (14) days. Counsel has failed to comply with that Order.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Herbert Thomas Nelson refund all fees collected in this matter to the Debtor(s) within fourteen (14) days after the date of entry of this order.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Herbert Thomas Nelson
      Case Trustee – Nancy Spencer Grigsby

## End of Order

11x09 (08/04/2014) – *larter*